| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF COLORADO |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Bearcat Energy LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
27-3618838

**4. Debtor's address**

Principal place of business  
1225 17th Street, Ste. 2650  
Denver, CO 80202  
Number, Street, City, State & ZIP Code

Denver  
County

Mailing address, if different from principal place of business  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor __Bearcat Energy LLC__  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Bearcat Energy LLC**      Case number (*if known*)
    Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Bearcat Energy LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 14, 2017**
MM / DD / YYYY

**X** **/s/ J. Keith Edwards**                          **J. Keith Edwards**
Signature of authorized representative of debtor           Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Kenneth J. Buechler**                        Date   **March 14, 2017**
Signature of attorney for debtor                                  MM / DD / YYYY

**Kenneth J. Buechler**
Printed name

**Buechler & Garber, LLC**
Firm name

**999 18th Street, Suite 1230 S**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone   **720-381-0045**          Email address

**30906**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Bearcat Energy LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Boigon Law Ltd 633 17th Street, Suite 1800 Denver, CO 80202 | | Legal Fees | | | | $143,676.89 |
| Bureau of Land Management 1849 C Street NW, Rm. 5665 Washington, DC 20240 | | Civil penalties and fines | | | | $1,300,000.00 |
| Campbell County Treasurer PO Bopx 1027 Gillette, WY 82717-1027 | | Taxes | | | | $421,979.05 |
| Carbon Creek Energy LLC 200 N. Loraine St., Ste. 300 Midland, TX 79701-4713 | | Trade Debt | | | | $235,685.78 |
| Falcon Four Upstream, LLC 2602 McKinney Avenue, Ste. 400 Dallas, TX 75204 | | Civil lawsuit claims | Contingent Unliquidated Disputed | | | $880,933.86 |
| Gustavson Associates LLC 5757 Central Ave., Ste. D Boulder, CO 80301 | | Consulting Services | | | | $157,183.12 |
| Hogan Lovells 1601 Wewatta Street, Ste. 900 Denver, CO 80202 | | Legal Fees | | | | $247,117.89 |

Debtor **Bearcat Energy LLC**  
　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Houston-Alliant Insurance Services, Inc.**<br>701 B Street, 6th Fl<br>San Diego, CA 92101 | | **Insurance** | | | | $334,736.00 |
| **Johnson County Treasurer**<br>76 N. Main Street, Rm 102<br>Buffalo, WY 82834 | | **Taxes** | | | | $117,114.54 |
| **Lost Cabin Gas LLC**<br>4251 Kipling Street,Ste. 575<br>Wheat Ridge, CO 80033 | | **Trade Debt** | | | | $100,420.07 |
| **Machinery & Equipment Co Inc.**<br>P.O. Box 7632<br>San Francisco, CA 94120 | | **Civil Lawsuit Claims** | | | | $288,908.84 |
| **Magna Energy Services LLC**<br>20661 Niobrara Blvd.<br>La Salle, CO 80645 | | **Trade Debt** | | | | $325,876.06 |
| **McJunkin Redman Corp.**<br>PO Box 204392<br>Dallas, TX 75320-4392 | | **Trade Dect** | | | | $114,499.85 |
| **Michael Weiner**<br>077 N 75th Street<br>Longmont, CO 80503 | | **Civil lawsuit claim** | **Contingent Unliquidated Disputed** | | | $275,937.50 |
| **MRC Global**<br>4295 Kearney Street<br>Denver, CO 80216 | | **Civil Lawsuit claim** | **Contingent Unliquidated Disputed** | | | $114,000.00 |
| **ONRR**<br>Rm A-16 Document Processing<br>Bldg 85 Denver Federal Center<br>Denver, CO 80225 | | **Royalty Payments** | | | | $154,325.75 |
| **Redbut E&P Inc.**<br>16000 Stuebner Airline, Suite 320<br>Spring, TX 77379 | | **Civil lawsuit claims** | **Contingent Unliquidated Disputed** | | | $880,933.86 |
| **SIA Capital Funds, LP**<br>520 Keller Smithfield Rd S<br>Keller, TX 76248 | | **Promissory Note; civil lawsuit claim** | **Contingent Unliquidated Disputed** | | | $610,000.00 |

Debtor **Bearcat Energy LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TYVO, LLC**<br>**201 W Lakeway Rd.**<br>**Gillette, WY 82718** | | **Civil lawsuit claims** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $91,443.85 |
| **WPX Energy Inc.**<br>**PO Box 3102**<br>**Tulsa, OK 74101** | | **Trade Debt** | | | | $672,840.27 |

# United States Bankruptcy Court
### District of Colorado

In re **Bearcat Energy LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Equitrust**<br>227 W. Monroe Street<br>Chicago, IL 60606 | A | | 1.57% |
| **J. Keith Edwards**<br>3500 Belcaro Drive<br>Denver, CO 80209 | A | | 88.43% |
| **Kathleen Skiba**<br>1225 17th Street, Suite 2420<br>Denver, CO 80202 | B Units | | 10% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 14, 2017**

Signature **/s/ J. Keith Edwards**
**J. Keith Edwards**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Colorado

In re   **Bearcat Energy LLC**                                   Case No.
                                  Debtor(s)                      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 14, 2017**                    /s/ **J. Keith Edwards**
                                              **J. Keith Edwards**/**CEO**
                                              Signer/Title