# LIMITED LIABILITY COMPANY RESOLUTION

I, J. Keith Edwards, the Manager of Bearcat Energy, LLC ("Company"), declare that on March 9, 2017, the following resolutions were duly adopted by the Company:

Whereas, J. Keith Edwards is the Manager of the Company. Pursuant to Section 6.2 of the Third Amended and Restated Operating Agreement the Manager is vested with the authority to make, execute, assign, acknowledge, and file on behalf of the Company any and all documents or instruments of any kind which the Manager may deem necessary or appropriate in carrying out the business and affairs of the Company.

Whereas, the Manager of the Company has determined that it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

More than 75 % of the Class A Voting Members have voted to authorize this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that J. Keith Edwards and/or Kathleen Skiba are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that the Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be it Further Resolved, that the Company is authorized and directed to employ bankruptcy counsel, special counsel, and any and all professionals necessary to represent and assist the Company in such bankruptcy case.

Executed on March 14, 2017.            Bearcat Energy, LLC

                                       */s/ J. Keith Edwards*
                                       By:_____
                                       J. Keith Edwards, Manager


*/s/ J. Keith Edwards*                 */s/ Kathleen Skiba*
_____        _____
J. Keith Edwards, Member               Kathleen Skiba, Member