UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BEARCAT ENERGY, LLC, ) | Case No._____ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**CORPORATE OWNERSHIP STATEMENT**

[ ✓ ]  There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[   ]  The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

    1.
    2.
    3.

Dated: March 14, 2017					BEARCAT ENERGY, LLC

/s/ J. Keith Edwards
By:_____
J. Keith Edwards, CEO


DATED March 14, 2017.					BUECHLER & GARBER, LLC

 */s/ Kenneth J. Buechler*
_____
Kenneth J. Buechler, #30906
Counsel to Debtor
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
ken@bandglawoffice.com