# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| BEARCAT ENERGY, LLC. | )   Case No. |
| | )   Chapter 11 |
| Debtor. | ) |
| | ) |

## DISCLOSURE REGARDING RECEIVERS

[ X ]   No receiver is in possession of debtor's property.

[   ]   A receiver is in possession of all or part of the debtor's property:

Identification (by address or legal description of property(ies):
Name, Address and Telephone Number of Receiver:

Attorney for Receiver (if any): _____
Name, Address and Telephone Number of Attorney:

_____
_____

Date of Appointment of Receiver:
Court Appointing Receiver and Case No.:

Dated: March 14, 2017                BEARCAT ENERGY, LLC

                                     /s/ J. Keith Edwards
                                By:_____
                                     J. Keith Edwards, CEO

Dated: March 14, 2017                BUECHLER & GARBER, LLC.

                                     /s/Kenneth J. Buechler
                                     _____
                                     Kenneth J. Buechler, #30906
                                     Counsel to Debtor
                                     999 18th Street, Suite 1230-S
                                     Denver, Colorado  80202
                                     720-381-0045 / 720-381-0382 FAX
                                     ken@bandglawoffice.com